IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                              PLAINTIFF

v.                    Case No. 06-50064

HOLLIS WAYNE FINCHER                                  DEFENDANT

### ORDER

Now on this 8th day of March, 2007, it comes to the Court's attention that the defendant, Hollis Wayne Fincher, apparently desires to terminate the services of his attorney of record, Oscar Stilley, as evidenced by Fincher's letter to the Court dated March 6, 2007, as received this date. A copy of such letter is attached to this Order as Attachment #1. The Court, being well and sufficiently advised, finds and orders as follows with respect to this matter:

1. That, by copy of this Order, the United States' Attorney and the defendant's attorney should be advised of Mr. Fincher's request.

2. That an immediate hearing should be held concerning Mr. Fincher's request so that the Court may determine whether to release Mr. Stilley as defendant's attorney of record and, if so, whether to appoint new counsel for Mr. Fincher.

3. That a hearing on the matter should be held at 2:00 P.M. on Friday, March 9, 2007, at the U.S. Courthouse in Fayetteville, Arkansas.

4. That the United States Marshal service should be, and they hereby are, directed to transport Hollis Wayne Fincher to the Fayetteville Courthouse to be present for the said hearing on the date and time set forth above.

5. That the United States attorney and the defense attorney, Oscar Stilley, should be, and they both hereby are, directed to be present for the said hearing on the date and time set forth above.

IT IS SO ORDERED.

JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAR 0 8 2007

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK