```
           IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    FAYETTEVILLE DIVISION
```

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

   **v.**                     **Case No. 06-50064**

**HOLLIS WAYNE FINCHER**                                              **DEFENDANT**

### O R D E R

For the reasons stated on the record at a hearing on this date, Oscar Stilley is hereby relieved as defense counsel and another attorney will be appointed forthwith to represent defendant.

IT IS SO ORDERED this 9th day of March 2007.

                                              /S/JIMM LARRY HENDREN
                                            JIMM LARRY HENDREN
                                            UNITED STATES DISTRICT JUDGE