```
             IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                    FAYETTEVILLE DIVISION
```

UNITED STATES OF AMERICA                                    PLAINTIFF

      v.            No. 06-50064-001

HOLLIS WAYNE FINCHER                                        DEFENDANT

## ORDER APPOINTING COUNSEL

Based upon the completed affidavit or testimony of defendant concerning his financial ability to employ counsel, the Court finds as follows:

  __X__    Defendant is entitled to counsel but cannot afford to hire an attorney; therefore, Shannon Lea Blatt is appointed to represent defendant in all further proceedings herein.

  _____    Defendant is eligible for appointment of counsel but has income or assets in excess of that needed for support; therefore, the Federal Public Defender is hereby appointed subject to defendant reimbursing plaintiff for the cost of providing representation commensurate with defendant's ability to pay, as directed by further order of the Court.

  _____    Defendant is not eligible for appointment of counsel under 18 U.S.C. § 3006A but he/she is entitled to an immediate hearing and it is in the best interests of justice that defendant be afforded the assistance of

counsel; therefore, the Federal Public Defender is temporarily appointed for that purpose.

The Court notes the appearance of Shannon Lea Blatt to represent defendant as set forth above.

IT IS SO ORDERED this 9th day of March, 2007.


/s/ Jimm Larry Hendren
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE