```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      FAYETTEVILLE DIVISION
```

**UNITED STATES OF AMERICA**                                                  **PLAINTIFF**

     **v.**      **Criminal No. 06-50064-001**

**HOLLIS WAYNE FINCHER**                                                      **DEFENDANT**

### O R D E R

Now on this 3d day of July, 2007, the Court appoints Tom Reed to appraise the following real estate, situate in Washington County, Arkansas:

TRACT I

The East Half of the Southeast Quarter of the Southwest Quarter of Section 7, Township 15 North, Range 29 West, containing 20 acres, more or less.  And a part of the Southwest Quarter of the Southeast Quarter of Section 7, Township 15 North, Range 29 West, being more particularly described as follows:  Beginning at the Southwest corner of said 40 acre tract, and running thence North 165 feet; thence East 330 feet thence South 165 feet, thence West 330 feet to the point of beginning, containing 1 ½ acres, more or less.

TRACT II

The Northeast Quarter (NE 1/4) of the Northwest Quarter (NW 1/4), the Northwest Quarter (NW 1/4) of the Northeast Quarter (NE 1/4), and the West Half (W ½) of the Northeast Quarter (NE 1/4) of the Northeast Quarter (NE 1/4) of Section Eighteen (18), Township Fifteen (15) North, Range Twenty-nine (29) West of the 5th P.M., containing 100 acres, more or less.

Mr. Reed is directed to determine the following:

\*    the fair market value of this property as of November, 2006;

\*    the fair market value of the property as of January, 2007;

* the fair market value of a life estate in the property as to Hollis Wayne Fincher and as to his wife, Linda Fincher, as of January, 2007; and
* whether there have been any changes in these fair market values as of the date of his appraisal.

Upon completion of the appraisal, Mr. Reed is directed to submit his appraisal report to the Court, and a statement for his services to the Clerk, United States District Court, P.O. Box 1547, Fort Smith, Arkansas 72902.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　**  /s/ Jimm Larry Hendren  **
　　　　　　　　　　　　　　　　　　**JIMM LARRY HENDREN**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**