IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.          Criminal No. 06-50064-001

HOLLIS WAYNE FINCHER                                        DEFENDANT

O R D E R

Now on this 27th day of July, 2007, the Court, noting that defendant Hollis Wayne Fincher has surrendered to the Bureau of Prisons to begin serving his sentence of incarceration in this matter, finds that the conditions of the Appearance Bond executed on June 26, 2007 (document #51) have been satisfied.

**IT IS THEREFORE ORDERED** that the Mortgage securing the Appearance Bond, a copy of which is attached hereto, should be, and same hereby is, **released**, and the Court will cause a Release Of Mortgage to be filed forthwith in the land records of Washington County, Arkansas.

**IT IS FURTHER ORDERED** that the mortgagors may obtain return of the original Mortgage and Quit Claim Deed securing the Appearance Bond by presenting the appropriate Non-Cash Collateral Receipts therefor to the Clerk of Court in Fayetteville, Arkansas, during ordinary business hours.

**IT IS SO ORDERED.**

/s/ Jimm Larry Hendren
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE