IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                         PLAINTIFF/RESPONDENT

V.                    Civil No. 10-5004
                      Criminal No. 06-50064

HOLLIS WAYNE FINCHER                             DEFENDANT/MOVANT

## REPORT AND RECOMMENDATION

By order entered November 1, 2010, the Court adopted the report and recommendation of the United States Magistrate Judge and denied and dismissed the defendant's 28 U.S.C. § 2255 motion. (Docs. 112, 116.)

The undersigned has been referred defendant's **Motion for Leave to Appeal In Forma Pauperis and Motion for Certificate of Appealability. (Docs. 118, 120.)** Under 28 U.S.C. § 2253(c)(2), a certificate of appealability may issue only if "the applicant has made a substantial showing of the denial of a constitutional right." A "substantial showing" is a showing that "issues are debatable among reasonable jurists, a court could resolve the issues differently, or the issues deserve further proceedings." Cox v. Norris, 133 F.3d 565, 569 (8th Cir. 1997), cert. denied, 525 U.S. 834 (1998).

The defendant has not identified any issues satisfying the "substantial showing" requirement. See 28 U.S.C. § 2253(c)(2). Accordingly, I recommend that the defendant's motions be **DENIED.**

**The parties have fourteen days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

IT IS SO ORDERED this 13th day of December, 2010.

/s/ *Erin L. Setser*
　　HON. ERIN L. SETSER
　　UNITED STATES MAGISTRATE JUDGE