```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      FAYETTEVILLE DIVISION
```

UNITED STATES OF AMERICA                              PLAINTIFF/RESPONDENT

                        Civil No. 10-5004
          v.            Criminal. No. 06-50064

HOLLIS WAYNE FINCHER                                  DEFENDANT/MOVANT

### O R D E R

Now on this 7th day of January, 2011, comes on for consideration the **Report and Recommendation** of the Magistrate Judge (Doc. 121) and the Objections thereto filed by Defendant Hollis Wayne Fincher (Doc. 122). The Court, being well and sufficiently advised, finds and orders as follows:

1. On January 12, 2007, Defendant was convicted on one count of possessing a machine gun in violation of 18 U.S.C. §§ 922(o) and 924(a)(2) and one count of possessing an unregistered sawed-off shotgun in violation of 26 U.S.C. §§ 5841, 5861(d), 5871.

2. On June 26, 2007, the Court sentenced Defendant to prison for 78 months on each count, to run concurrently, two years supervised release, a fine and a special assessment. Defendant appealed his conviction and sentence. On October 3, 2008, the Eighth Circuit Court of Appeals affirmed. *See United States v. Fincher*, 538 F.3d 868 (8th Cir. 2008).

3. On January 5, 2010, Defendant filed a *pro se* motion under 28 U.S.C. § 2255 to vacate, set aside or correct the

judgment on the grounds of "lack of subject matter jurisdiction and ineffective assistance of counsel." (Doc. 101). On July 22, 2010, the Magistrate Judge filed her Report and Recommendation in which she concluded that Defendant's jurisdictional arguments were meritless. This Court adopted the Report and Recommendation *in toto* and denied and dismissed Defendant's 28 U.S.C. § 2255 motion. (*See* Docs. 112, 116).

4. Defendant now seeks to appeal the Court's denial of his § 2255 motion and, to do so, has filed a **Motion for Certificate of Appealability** and a **Motion for Leave to Appeal In Forma Pauperis** (*See* Docs. 118, 120).

5. Under 28 U.S.C. § 2253(c)(2), a certificate of appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right."

6. On December 13, 2010, the Magistrate Judge entered her Report and Recommendation in which she found that Defendant had not met the "substantial showing" requirement of 28 U.S.C. § 2253(c)(2). Defendant has objected to the Report and Recommendation, but the Court finds that he has not cited any fact or law to overcome the Magistrate Judge's findings and recommendation in this matter.

**IT IS THEREFORE ORDERED** that the **Defendant's Objection** to the Magistrate Judge's Report and Recommendation **is hereby overruled**;

**IT IS FURTHER ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted** *in toto*;

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, the **Motion for Certificate of Appealability** and **Motion for Leave to Appeal In Forma Pauperis** (*See* Docs. 118, 120) are hereby **DENIED**.

**IT IS SO ORDERED.**

                                          /s/ Jimm Larry Hendren
                                          **JIMM LARRY HENDREN**
                                          **UNITED STATES DISTRICT JUDGE**